Slip Op. 00-54

# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS

|  |  |  |
|---|---|---|
| SKF USA INC. and SKF SVERIGE AB, | : | |
| | : | |
| Plaintiffs and | : | |
| Defendant-Intervenors, | : | |
| | : | |
| v. | : | |
| | : | Consol. Court No. |
| UNITED STATES, | : | 97-01-00054-S2 |
| | : | |
| Defendant, | : | |
| | : | |
| | : | |
| THE TORRINGTON COMPANY, | : | |
| | : | |
| Defendant-Intervenor | : | |
| and Plaintiff. | : | |
| | : | |

## JUDGMENT

This Court having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") Final Results of Redetermination Pursuant to Court Remand ("Remand Results"), SKF USA Inc. v. United States, 24 CIT ___, Slip Op. 00-2 (Jan. 5, 2000), and Commerce having complied with the Court's remand, and no responses to the Remand Results having been submitted by the parties, it is hereby

**ORDERED** that the Remand Results filed by Commerce on April 6, 2000, are affirmed in their entirety, and it is further

**ORDERED** that since all other issues have been previously decided, this case is dismissed.

_____
NICHOLAS TSOUCALAS
SENIOR JUDGE

Dated:     May 16, 2000
          New York, New York